UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RON THOMAS LISANO,

               Plaintiff,

     v.

DEREK WALTERS, et al.,

               Defendants.

CASE NO. 2:25-cv-01858-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's Motion to Withdraw Lawsuit (Dkt. 20) is granted and this action is dismissed without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

(3)    Plaintiff's Motion to Waive Collection of Filing Fee (Dkt. 21) is denied.

(4)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 29th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1